**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN KEITH PORTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BUREAU OF PRISONS et al.,<br><br>　　　　　Defendants. | ) Case No. EDCV 15-1448-JFW (JPR)<br>)<br>)<br>) ORDER ACCEPTING FINDINGS AND<br>) RECOMMENDATIONS OF U.S.<br>) MAGISTRATE JUDGE<br>)<br>)<br>) |

　　　The Court has reviewed the Complaint, records on file, and Report and Recommendation of U.S. Magistrate Judge. See 28 U.S.C. § 636. On March 24, 2016, Plaintiff filed "correspondence" concerning the R&R, asserting, again, that his Complaint is not subject to screening under the Prison Litigation Reform Act. For the reasons stated in the R&R, he is incorrect. The Court therefore accepts the findings and recommendations of the Magistrate Judge in the R&R, as well as her findings and conclusions in the October 2, 2015 Order Dismissing Plaintiff's Complaint with Leave to Amend.

1

    IT THEREFORE IS ORDERED that this action is DISMISSED WITH PREJUDICE for failure to state a claim and for failing to obey a court order.

DATED: April 11, 2016

                                                JOHN F. WALTER
                                                U.S. DISTRICT JUDGE