JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN KEITH PORTER, | ) Case No. EDCV 15-1448-JFW (JPR) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| BUREAU OF PRISONS et al., | ) |
| Defendants. | ) |

Under the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: April 11, 2016

JOHN F. WALTER
U.S. DISTRICT JUDGE